UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS SMITH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHROP GRUMMAN,<br><br>　　　　Defendant. | Case No.  5:13-cv-03942-EJD<br><br>**PRETRIAL ORDER (JURY)** |

　　　The above-entitled action is scheduled for a Trial Setting Conference on July 16, 2015. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

　　　IT IS HEREBY ORDERED that, pursuant to ADR Local Rule 7-2, this action is REFERRED to Magistrate Judge Nathanael Cousins for a Settlement Conference to occur no later than **March 31, 2016**. The parties shall contact Judge Cousins' Courtroom Deputy to arrange a date and time for the Settlement Conference.

　　　IT IS FURTHER ORDERED that, given the extension of the scheduling deadlines ordered below, any requests for bifurcation or for separate trial should be addressed at the Final Pretrial Conference or by motion by limine.

　　　IT IS FURTHER ORDERED that any request for reconsideration of prior orders must be made by first filing a motion for leave to file a motion for reconsideration according to Civil Local Rule 7-9. The court cannot consider such requests made through a scheduling conference statement.

　　　IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | September 18, 2015 |
| Designation of Opening Experts with Reports | January 29, 2016 |
| Designation of Rebuttal Experts with Reports | February 26, 2016 |
| Expert Discovery Cutoff | March 25, 2016 |
| Deadline to File Dispositive Motions | October 16, 2015 |
| Hearing on Dispositive Motions | 9:00 a.m. on December 3, 2015 |
| Final Pretrial Conference | 11:00 a.m. on June 23, 2016 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | June 9, 2016 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | June 13, 2016 |
| Jury Selection | 9:00 a.m. on July 12, 2016 |
| Jury Trial[1] | July 12-13, 2016; July 15, 2016; July 19-20, 2016; July 22, 2016; July 26, 2016 |
| Jury Deliberations | July 27-29, 2016 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:13-cv-03942-EJD
PRETRIAL ORDER (JURY)

good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated:  July 10, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03942-EJD
PRETRIAL ORDER (JURY)

3