UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS SMITH,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORTHROP GRUMMAN,<br><br>        Defendant. | Case No.  5:13-cv-03942-EJD<br><br>**STATUS CONFERENCE ORDER** |

On June 2, 2016, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Status Conference. Based on a review of the action and the discussions held at the conference, the court orders as follows:

1.  The pretrial and trial dates and deadlines scheduled in the Pretrial Order (Dkt. No. 41) are VACATED. The following amended schedule shall apply this case:

| **EVENT** | **DATE** |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on July 7, 2016 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | June 27, 2016 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | June 27, 2016 |
| Jury Selection | 9:00 a.m. on July 19, 2016 |

1

Case No.: 5:13-cv-03942-EJD
STATUS CONFERENCE ORDER

| | |
|---|---|
| Jury Trial | July 20, 2016 (p.m. only); July 21, 2016 (p.m. only); July 22, 2016; July 25, 2016 (a.m. only); July 26-27, 2016; July 28, 2016 (p.m. only); July 29, 2016; August 1, 2016 (a.m. only) |
| Jury Deliberations | August 2-3, 2016 |

2. The court schedules this case for a Status Conference at **10:00 a.m. on June 23, 2016.** The parties shall file a Joint Status Conference Statement on or before **June 16, 2016.**

**IT IS SO ORDERED.**

Dated:  June 3, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03942-EJD
STATUS CONFERENCE ORDER